# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

v.

AUDREY STOKES, ET AL,
Defendant (Respondent)

CASE and/or DOCKET No.: 16-05695

Sheriff's Sale Date: _____

## AFFIDAVIT OF SERVICE

TYPE OF PROCESS: SUMMONS AND COMPLAINT

I, SHANNON BECKIER, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served AUDREY STOKES the above process on the 14 day of January, 2017, at 6:16 o'clock, PM, at 2331 NORTH 11TH STREET PHILADELPHIA, PA 19133, County of Philadelphia, Commonwealth of Pennsylvania:

Manner of Service:

[✓] By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found *

[ ] By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *

[ ] By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *

* Name: REFUSED NAME
Relationship/Title/Position: DAUGHTER
Remarks: _____
Description: Approximate Age 36-40   Height 5'3   Weight 145   Race BLACK   Sex FEMALE   Hair BLACK
Military Status: [✓] No   [ ] Yes   Branch: _____

Commonwealth/State of  Pa           )
                                    ) SS:
County of   Berks                   )

Before me, the undersigned notary public, this day, personally, appeared _____Shannon Beckier_____ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-158110
Case ID #: 4774652

Subscribed and sworn to before me
this 18 day of JAN , 20 17

NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017
COMMONWEALTH OF PENNSYLVANIA Notary Public