UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>v.<br><br>AUDREY STOKES,<br>Defendant | No. 16-05695<br><br>FILED<br>FEB 14 2017<br>KATE BARKMAN, Clerk<br>By_____Dep. Clerk |

## DEFAULT JUDGMENT

AND NOW, this _14th_ day of _February_, 2017, it appearing by Affidavit of Plaintiff, United States of America, on behalf of its Agency, the Department of Education, by its specially appointed counsel, KML Law Group, P.C., by Rebecca A. Solarz, Esquire, that the Complaint in the above-captioned action was filed in the Court on Tuesday, November 01, 2016 and, after due service of process on Defendant, AUDREY STOKES, according to law, no appearance, answer or other defense has been served or filed by or on behalf of Defendant,

JUDGMENT IS ENTERED in favor of the Plaintiff, United States of America, on behalf of its Agency, the Department of Education, and against Defendant, AUDREY STOKES, in the amount of $9,013.77. Judgment is to accrue interest at the current legal rate, compounded annually until paid in full.

Date: 2/14/17

Clerk, United States District Court
Eastern District of Pennsylvania

By: _Richard Sala_
Deputy Clerk